ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY JO TRIMM,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil No. 1:26-cv-06998-GSA<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file a transcript in response to Plaintiff's Complaint in this case due to a delay caused by a processing error as well as planned leave on the part of Defendant's counsel. This request is made in good faith and is not intended to delay this matter.

WHEREFORE, Defendant requests up to and including January 7, 2027, to file a transcript in response to Plaintiff's Complaint.

Respectfully submitted,

Date: October 18, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
By: *s/ Erin A. Jurrens*

ERIN A. JURRENS
Special Assistant United States Attorney
Attorneys for Defendant

Dated: October 18, 2026

/s/ *Jonathan Pena**
*as authorized by e-mail
JONATHAN PENA
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: **October 18, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE